IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIVINE EQUALITY RIGHTEOUS, ANGELINA LEE, NYOKA E. JONES, TAMEEKA HOLLAND, ARKEEM DUNSON, AND SOPHIA YAZUJIAN,** <br>         **Plaintiffs,** <br><br> v. <br><br> **OVERBROOK SCHOOL FOR THE BLIND,** <br>         **Defendant.** | **CIVIL ACTION** <br><br><br><br> **NO. 23-846** |

## ORDER

**AND NOW**, this 26th day of July, 2023, upon consideration of Defendant Overbrook School for the Blind's Motion to Dismiss (ECF Nos. 18 & 21) as well as Plaintiffs' response thereto (ECF No. 19), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion is **GRANTED** with respect to Plaintiffs' religious discrimination claims pursuant to Title VII and the PHRA. These claims are **DISMISSED WITHOUT PREJUDICE**.

2. Defendant's Motion is **GRANTED** with respect Plaintiff Yazujian's disparate treatment race discrimination claim pursuant to Title VII, Section 1981, and the PHRA. These claims are **DISMISSED WITHOUT PREJUDICE**.

3. Defendant's Motion is **DENIED** with respect to Plaintiffs Righteous, Lee, Jones, Holland, and Dunson's disparate treatment race discrimination claim pursuant to Title VII, Section 1981, and the PHRA.

4. Defendant's Motion is **DENIED** with respect to Plaintiffs Righteous, Lee, Jones, Holland, and Dunson's disparate impact race discrimination claim pursuant to Title VII and the PHRA.

5. Defendant's Motion is **GRANTED** with respect to Plaintiffs' disability discrimination claims pursuant to the ADA and PHRA.  These claims are **DISMISSED WITH PREJUDICE**.

6. Defendant's Motion is **GRANTED** with respect to Plaintiffs' retaliation claims pursuant to Title VII, Section 1981, the ADA, and the PHRA.  These claims are **DISMISSED WITHOUT PREJUDICE**.

7. Defendant's Motion is **DENIED** with respect to its request pursuant to Federal Rule of Civil Procedure 12(f) to strike certain portions of Plaintiffs' Complaint.

        **BY THE COURT:**

        /s/Wendy Beetlestone, J.

        _____

        **WENDY BEETLESTONE, J.**