# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIVINE EQUALITY RIGHTEOUS, ANGELINA LEE, NYOKA E. JONES, TAMEEKA HOLLAND, ARKEEM DUNSON, AND SOPHIA YAZUJIAN,**<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**OVERBROOK SCHOOL FOR THE BLIND,**<br>　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 23-846** |

## O R D E R

**AND NOW**, this 22nd day of November, 2024, upon consideration of Plaintiffs' Emergency Motion to Strike Defendant's Motion for Summary Judgment (ECF No. 58) and all responses thereto (ECF Nos. 60, 61), **IT IS HEREBY ORDERED** that Plaintiffs' Motion (ECF No. 58) is **GRANTED** and Defendant's Motion for Summary Judgment (ECF No. 52) is **STRICKEN WITH LEAVE TO REFILE**.

**IT IS FURTHER ORDERED** that Defendant shall have until **December 2, 2024** to refile its Motion for Summary Judgment which filing shall be in compliance with Local Civil Rule 7.1, Sections IV and V of Judge Beetlestone's Policies and Procedures, and Paragraph 8 of the Court's First Scheduling Order (ECF No. 16).

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**