IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIVINE EQUALITY RIGHTEOUS, ANGELINA LEE, NYOKA E. JONES, TAMEEKA HOLLAND, ARKEEM DUNSON, SOPHIA YAZUJIAN**<br>        Plaintiffs,<br><br>    v.<br><br>**OVERBROOK SCHOOL FOR THE BLIND,**<br>        Defendant. | CIVIL ACTION<br><br><br>NO. 23-846 |

## ORDER

**AND NOW**, this 13th day of February, 2025, upon consideration of Defendant Overbrook School of the Blind's Motion to Exclude Plaintiff's Expert Testimony (ECF No. 53) and all responses and replies thereto (ECF Nos. 64, 66), **IT IS HEREBY ORDERED** that said Motion is **GRANTED**.

Further, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 65) and all responses and replies thereto (ECF Nos. 67, 68), **IT IS HEREBY ORDERED** that said Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Clerk of Court shall **TERMINATE** this matter.

BY THE COURT:


S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, J.**